**Form 704-8B**
**Rev. 1/05**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

In re:       **LYNN HALE HITE**            )        **Chapter 7**
                                           )        **Case No.  09-50054**
             **Debtor**                    )
_____    )

**TRANSMITTAL OF SMALL DIVIDENDS**

  **COMES NOW** the undersigned Trustee and reports as follows:

  1.  Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the Court is prohibited by Bankruptcy Rule 3010. No such order has been entered by the Court.

  2.  Listed below is the name, address, and amount due that creditor to whom distribution of less than five dollars would have been made if ordered by the Court.

    **Creditor**
    Recovery Management Systems Corporation
    for GE Money Bank, dba Lowe's
    25 SE 2nd Avenue, Suite 1120
    Miami, FL  33131

    **Amount of Distribution**
    $3.95

  3.  That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:  <u>April 21, 2010</u>           <u>/s/ Charles R. Allen, Jr.</u>
            Charles R. Allen, Jr., Trustee
            120 Church Avenue, S.W.
            Roanoke, VA 24011
            540-342-1731

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**

**106**

60-249 / 433

7
1025

| Case | Debtor |
|---|---|
| 09-50054 RKR  92000257073066 | HITE, LYNN HALL |
| COMBINED SMALL CHECK | |

TID #660070

CHARLES R. ALLEN
120 CHURCH AVE, SW,
SUITE 200
ROANOKE VA 24011

Date    04/20/2010

$ **********3.95

~~~Three Dollars and 95/100

Pay to the Order of    U.S. Bankruptcy Court

*signature*
CHARLES R. ALLEN

⑈⑈000000 106⑈⑈  ⑆:043302493⑆:9 2000 25707 3066⑈⑈

